UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FT MYERS DIVISION

In Re:                                               CHAPTER 11

**WASHINGTON LOOP, LLC,**            Case No. 9:11-bk-00147
**a Limited Liability Company**

       Debtor,
_____/

## MOTION TO DISMISS CHAPTER 11 CASE FILED INADVERTENTLY

WASHINGTON LOOP, LLC. (the "**Debtor**"), by and through its undersigned Counsel, hereby files this Motion to Dismiss the above-captioned Chapter 11 Case which was filed on January 6, 2011 inadvertently due to a clerical error made in the CM/ECF System and respectfully represents:

       1. The Debtor known as Washington Loop, LLC filed a Voluntary Petition for Relief under Chapter 11 of the United States Bankruptcy Code on November 19, 2010, Case Number 9:10-bk-27981. The Case was filed as a bare bones case, and needed to be supplemented by complete schedules and other documents.

       2. While attempting to file the Schedules in Case Number 9:10-bk-27981, an assistant in Debtor's Counsel's office inadvertently uploaded the schedules in a manner that created a new filing. The Schedules are being refilled in the appropriate Case, Case Number 9:10-bk-27981. Upon information and belief, no other documents were uploaded into the new Case, nor were Creditors listed. Major Creditors of the original Case have been notified of this error and there is no prejudice to them. No filing fee was paid as there was no intention to file a second case.

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer

WHEREFORE, the Debtor respectfully requests that this Court enter an order (a) Dismissing the above captioned case of Washington Loop, LLC, Case Number 9:11-bk-00147, (b) and for such other relief as this Court deems just.

Respectfully submitted,

/s/ Lynn Ramey_____
LYNN RAMEY, ESQUIRE
Florida Bar # 0776531
P.O. Box 2163
Tampa, FL  33601
(813) 787-3467
lynn@lynnrameylaw.com

Certificate of Service

I HEREBY CERTIFY that a true and correct copy of the foregoing Debtor's Motion Dismiss Chapter 11 Case Filed Inadvertently has been furnished by the Court's CM/ECF System and/or U.S. Mail this 8th day of January 2011 to United States Trustee's Office, Timberlake Annex 501 E. Polk Street, Suite 1200 Tampa, FL 33602, and Washington Loop, LLC, the Debtor in possession under Case Number 9:10-bk-27981, at 37894 Washington Loop Road, Punta Gorda, FL 33055.

/s/ Lynn Ramey_____
LYNN RAMEY, ESQUIRE
Florida Bar # 0776531
P.O. Box 2163
Tampa, FL  33601
(813) 787-3467
lynn@lynnrameylaw.com

:

Create PDF with GO2PDF for free, if you wish to remove this line, click here to buy Virtual PDF Printer